



# MEMORANDUM OPINION

No. 04-10-00297-CR

Armando **BUSTAMANTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-11762
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  May 12, 2010

DISMISSED

        Appellant has filed a motion to dismiss his appeal.  The motion is granted, and this appeal

is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                        PER CURIAM


DO NOT PUBLISH